# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CITY OF OMAHA,** | |
| **Plaintiffs,** | |
| v. | 8:10-cv-00325-LSC-FG3 |
| **R&B EXCAVATING I, INC., et al.,** | **ORDER** |
| **Defendants.** | |

    This matter is before the court on the motion of W. Patrick Betterman for leave to withdraw as counsel for defendant, R&B Excavating I, Inc. ("R&B") (Doc. 41).

    In response (Doc. 49), Russell Thille, the owner of R&B, advised the court that he does not object to Mr. Betterman's withdrawal and requests that the motion be granted. The record shows that the Clerk has already entered default against R&B and Mr. Thille pursuant to Fed. R. Civ. P. 55(a) (Doc. 40).

    **IT IS ORDERED** that the motion of W. Patrick Betterman for leave to withdraw as counsel for defendant, R&B Excavating I, Inc. (Doc. 41) is granted, and the hearing previously set for January 10, 2011 is cancelled. The court will stop electronic notices to Mr. Betterman in this case.

    **DATED January 7, 2011.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett, III**
                                            **United States Magistrate Judge**