IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF OMAHA, a municipal corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>R&B EXCAVATING I, INC., a Nebraska Corporation; UNITED FIRE AND CASUALTY COMPANY, an Iowa Corporation; PINNACLE BANK, a Nebraska banking corporation; JOHN MAIN; and THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | 8:10-cv-00325-LSC-FG3<br><br>ORDER |

　　　This matter is before the court on the motion (Doc. 67) of United Fire and Casualty Company for leave to file a counterclaim against the City of Omaha and cross-claims against defendants John Main and Pinnacle Bank. The motion is unopposed. Upon review of the proposed pleadings,

　　　**IT IS ORDERED** that the motion (Doc. 67) is granted. United Fire and Casualty Company may file a counterclaim against the City of Omaha and cross-claims against defendants John Main and Pinnacle Bank. These pleadings must be filed and served by **April 8, 2011**.

　　　**DATED March 24, 2011.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**