IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF OMAHA, A Municipal Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV325 |
| vs. | ) ) ) | |
| R & B EXCAVATING, INC., a Nebraska corporation; UNITED FIRE AND CASUALTY COMPANY, An Iowa Corporation; PINNACLE BANK, A Nebraska Banking Corporation; JOHN MAIN; and UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This case came before the court for a Rule 16 planning conference. Counsel appeared telephonically. Progression of the case and deadlines reviewed.

**IT IS ORDERED:**

1. The request of counsel is granted and all current deadlines are extended by Ninety (90) days.

2. The planning conference is continued to **August 8, 2011, at 9:00 A.M.**

3. The planning conference will be held in the chambers of the undersigned magistrate judge, and not telephonically.

Dated this 5th day of May, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge