## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF OMAHA, a municipal corporation, | ) ) ) | CASE NO. 8:10CV325 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| | ) | ORDER OF REMAND |
| R & B EXCAVATING I, INC., a Nebraska Corporation; UNITED FIRE AND CASUALTY COMPANY, an Iowa corporation; PINNACLE BANK, a Nebraska banking corporation; JOHN MAIN; and UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties' oral motion and stipulation (Filing No. 121) is granted, and this case is remanded to the District Court of Douglas, Nebraska, to the attention of the Honorable Judge J Derr, pursuant to the parties' settlement agreement.

IT IS SO ORDERED.

DATED this 13th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge